SEYFARTH SHAW LLP
Jennifer R. Brooks (State Bar No. 14480)
jrbrooks@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:     (713) 225-2300
Facsimile:      (713) 225-2340

Attorneys for Defendant
Equifax Information Services LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINE COWAN-OZA, | Case No. 2:22-cv-00607-GMN-DJA |
| Plaintiff, | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| v. | |
| COMENITY BANK; TD BANK USA, N.A.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC, | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 15, 2022 through and including July 6, 2022. Plaintiff and Equifax are actively engaged in settlement discussions.  The additional time to respond to the Complaint will facilitate settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 10th day of June, 2022.

84075138v.2

| | |
|---|---|
| DATED: June 10, 2022 | Respectfully submitted, |
| | SEYFARTH SHAW LLP |
| | |
| | By: */s/ Jennifer R. Brooks* |
| | Jennifer R. Brooks, Bar No. 14480 |
| | SEYFARTH SHAW LLP |
| | 700 Milan St., Suite 1400 |
| | Houston, TX 77002-2812 |
| | Tel.: (713) 238-1854 |
| | Email: jrbrooks@seyfarth.com |
| | |
| | *Attorneys for Defendant* |
| | *Equifax Information Services LLC* |
| | |
| DATED: June 10, 2022 | Agreed & Consented to: |
| | PRICE LAW GROUP, APC |
| | |
| | By: */s/ Steven A. Alpert* |
| | Steven A. Alpert, NV Bar #8353 |
| | PRICE LAW GROUP, APC |
| | 5940 S. Rainbow Blvd., Suite 3014 |
| | Las Vegas, Nevada 89118 |
| | Tel.: (702) 794-2008 |
| | Email:alpert@pricelawgroup.com |
| | |
| | *Attorneys for Plaintiff* |
| | *Christine Cowan-Oza* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  June 10, 2022

2

84075138v.2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2022, I filed the foregoing STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER via CM/ECF with the Clerk of the Court, which will send electronic notification of same to all counsel of record.

By: */s/ Jennifer R. Brooks*
Jennifer R. Brooks, Bar No. 14480
SEYFARTH SHAW LLP
700 Milan St., Suite 1400
Houston, TX 77002-2812
Tel.: (713) 238-1854
Email: jrbrooks@seyfarth.com

3

84075138v.2