DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
Tele: 702.868.2600; Fax:  702.385.6862
E-Mail:  dcanderson@duanemorris.com
                tehafen@duanemorris.com

Attorneys for Defendant *TD BANK USA, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE COWAN-OZA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMENITY BANK; TD BANK USA, N.A.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-00607-GMN-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR TD BANK USA, N.A., TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　　Plaintiff CHRISTINE COWAN-OZA ("*Plaintiff*"), and by through her counsel, PRICE LAW GROUP, APC, and defendant TD BANK USA, N.A. ("*Defendant*" or "*TD Bank*"), by and through its counsel, DUANE MORRIS LLP, hereby stipulate to extend the time for TD Bank to respond to Plaintiff's complaint, which response is currently due June 14, 2022, up to and including **July 14, 2022**.

///

This extension will allow TD Bank's counsel, who were recently retained in this matter, to analyze the claims made and obtain and review any relevant documents. It will also provide Plaintiff and TD Bank time to evaluate whether an early resolution may be possible. This is the first request for an extension to TD Bank's deadline to respond to the complaint, and is made in good faith and not for the purpose of delay.

DATED this 13th day of June, 2022.

| PRICE LAW GROUP, APC | DUANE MORRIS LLP |
|---|---|
| By: /s/ *Steven A. Alpert*<br>Steven A. Alpert (SBN 8353)<br>Michael Plati (*pro hac vice* forthcoming) | By: /s/ *Tyson E. Hafen*<br>Dominica C. Anderson (SBN 2988)<br>Tyson E. Hafen (SBN 13139) |
| Attorneys for Plaintiff | Attorneys for Defendant *TD BANK USA, N.A.* |

**ORDER**

**IT IS SO ORDERED** this 14th day of June, 2022.

_____
US District Court Magistrate Judge